# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2020 ND 127

State of North Dakota,                                          Plaintiff and Appellee

     v.

Archie Allen Mooney,                                     Defendant and Appellant

### No. 20190333

Appeal from the District Court of Williams County, Northwest Judicial District, the Honorable Joshua B. Rustad, Judge.

AFFIRMED.

Per Curiam.

Nathan K. Madden, Assistant State's Attorney, Williston, ND, for plaintiff and appellee; submitted on brief.

Laura C. Ringsak, Bismarck, ND, for defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1]   Archie Mooney appealed from a criminal judgment entered after a jury found him guilty of multiple drug related offenses. Mooney argues the evidence at trial was insufficient to support the jury's guilty verdicts. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Gerald W. VandeWalle
Jerod E. Tufte
Lisa Fair McEvers
Daniel J. Crothers
Jon J. Jensen, C.J.